*J. T. Dye* and *A. C. Harris*, for appellee.

———o———

SCOTT v. THE STATE.

APPEAL from the *Vigo* Criminal Circuit Court.

FRAZER, C. J.—To obtain the decision of this court upon any of the questions relied on by the appellant, there should have been an exception below to the overruling of the motion for a new trial. The record before us failing to show that the questions were thus saved, the judgment must be affirmed, with costs.

Judgment accordingly.

*W. Mack, S. C. Davis*, and *M. M. Joab*, for appellant.

*D. E. Williamson*, Attorney General, for the State.